

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTIONS**

Cause numbers:    01-16-00608-CR & 01-16-00609-CR

Style:    Anthony Lance Jones v. The State of Texas

Date motions filed*:    October 5 and 12, 2016

Type of motions:    Motion to Dismiss Appeals; Motion to Expedite Mandates in Trial

Court Cause Numbers 1494533 and 1510039

Party filing motions:    Pro Se Appellant Anthony Lance Jones

Document to be filed:    N/A

Is appeal accelerated?    No.

Ordered that motions are:
    ☑ Granted
    ☐ Denied
    ☑ Dismissed (*e.g.*, want of jurisdiction, <u>moot</u>)
    ☑ Other: _____

Because this Court's memorandum opinion and judgments dismissing these appeals were issued on September 27, 2016, appellant's motions to dismiss these appeals are **dismissed as moot**. However, appellant's motion to expedite the mandates for trial court cause numbers 1494533 and 1510039 is **granted**. The Clerk of this Court is directed to issue the mandates in appellate cause numbers 01-16-00608-CR (trial court cause number 1494533) and 01-16-00609-CR (trial court cause number 1510039) immediately on the same date as this Order. *See* TEX. R. APP. P. 18.1(c).

Judge's signature: /s/ Justice Evelyn V. Keyes
                ☑ Acting individually    ☐ Acting for the Court

Date: October 18, 2016